IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KURT FRANCISCO PAVIA and THE SINGULARITY CHURCH OF THE TOAD AND BREATHWORK, | § | |
| *Plaintiffs*, | § | |
| V. | § | CIVIL ACTION NO. SA-26-CA-5686-FB |
| THE DRUG ENFORCEMENT AGENCY, U.S. ATTORNEY GENERAL in His Official Capacity, THE UNITED STATES OF AMERICA, KATHERINE BROWN in Her Official Capacity and Individually, KRISTI JACKSON in Her Official Capacity and Individually, | § | |
| *Defendants*. | § | |

**ORDER DISMISSING AS MOOT REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the September 17, 2026, Report and Recommendation of United States Magistrate Judge (ECF No. 5) recommending that Plaintiff Kurt Francisco Pavia's motion to proceed in forma pauperis ("IFP") (ECF No. 1) be denied and that Plaintiffs be ordered to pay the filing fee in this case. The record reflects that Plaintiffs paid the filing fee on September 24, 2026. (ECF No. 9). Accordingly, the Court is of the opinion that the Report and Recommendation can be dismissed as moot.

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 5) is Dismissed as Moot.

It is so ORDERED.

SIGNED this 23rd day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE